UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEITH R. REINHARD
STACY REINHARD

    Plaintiffs,

AMERISURE INSURANCE COMPANY and
DEAN HEALTH PLAN,

    Involuntary Plaintiffs,

vs.

JPW INDUSTRIES INC.; V-BELT GLOBAL
SUPPLY, LLC; USA BEARINGS AND BELTS;
QUALITY BEARINGS BELTS AND CHAIN;
ABC INSURANCE CORPORATION; DEF
CORPORATION; and GHI INSURANCE
CORPORATION,

    Defendants.

Case No. 19-cv-1732

## JPW INDUSTRIES, INC.'S RULE 7.1 DISCLOSURE

JPW Industries, Inc. is a privately held corporation. No publicly traded company owns more than ten percent of its stock.

Dated: November 25, 2019

Respectfully submitted,

    s/ Joshua D. Lee
Joshua D. Lee (WI SBN: 1072915)
Brian O. Watson (WI SBN: 1098661)
RILEY SAFER HOLMES & CANCILA LLP
70 West Madison, Suite 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701
jlee@rshc-law.com
bwatson@rshc-law.com

*Attorneys for JPW Industries Inc.*