# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| Reinhard et all | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   19-cv-01732-NJ |
| JPW Industries, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JPW Industries, Inc.                                                                                          .

Date:     11/26/2019

/s/ Brian O. Watson
*Attorney's signature*

Brian O. Watson  WI SBN:1098661
*Printed name and bar number*

Riley Safer Holmes & Cancila, LLP
70 W. Madison Suite 2900
Chicago, IL. 60602
*Address*

bwatson@rshc-law.com
*E-mail address*

(312) 471-8776
*Telephone number*

(312) 471-8701
*FAX number*