UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**KEITH R. REINHARD and
STACY REINHARD,**
   Plaintiffs,

**AMERISURE INSURANCE COMPANY
and DEAN HEALTH PLAN,**
   Involuntary Plaintiffs,

  v.            Case No. 19-CV-1732

**JPW INDUSTRIES INC.; V-BELT
GLOBAL SUPPLY, LLC; USA
BEARINGS AND BELTS; QUALITY
BEARINGS BELTS AND CHAIN; ABC
INSURANCE CORPORATION; DEF
CORPORATION; and GHI INSURANCE
CORPORATION,**
   Defendants.

---

## ORDER FOLLOWING SCHEDULING CONFERENCE

On March 11, 2020, the court held a scheduling conference in accordance with Fed. R. Civ. P. 16 and Civil L. R. 16(a) (E.D. Wis.).

**IT IS ORDERED** that:

1. Amendments of the pleadings shall require either consent of the parties or leave of the Court consistent with Fed. R. Civ. P. 15.

2.  a. All requests for discovery shall be served by a date sufficiently early so that all discovery in this case can be completed no later than **March 11, 2021**.

   b. Plaintiffs shall disclose all expert witnesses consistent with Fed. R. Civ. P. 26(a)(2) on or before **July 13, 2020**.

c. Plaintiffs shall offer all expert witnesses for deposition consistent with Fed. R. Civ. P. 26(b)(4) on or before **September 11, 2020**.

d. Defendants shall disclose all expert witnesses consistent with Fed. R. Civ. P. 26(a)(2) on or before **November 11, 2020**.

e. Defendants shall offer all expert witnesses for deposition consistent with Fed. R. Civ. P. 26(b)(4) on or before **January 11, 2021**.

f. Any discovery motions brought pursuant to Rules 26 through 37 of the Federal Rules of Civil Procedure must comply with Civil L. R. 37, by including

> a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord. The statement must recite the date and time of the conference or conferences and the names of all parties participating in the conference or conferences.

g. All discovery motions and non-dispositive pretrial motions must be filed pursuant to Civil L. R. 7(h), unless the court otherwise permits. The motion must not exceed three pages in length. No separate memorandum may be filed with the motion, and any supporting affidavit allowed by Civil L. R. 7(h) must not exceed two pages. An opposing memorandum, which must not exceed three pages in length, may be filed within seven days of service of the motion. The court will notify the parties of the date and time for a hearing on the motion, if the court deems it necessary.

7. a. Any dispositive motions must be served and filed on or before **April 12, 2021**.

b. All summary judgment motions and briefing thereon must comply with Civil L. R. 7 and 56(b). Any summary judgment motion filed against a pro se litigant must comply with Civil L. R. 56(a).

8. The court expects counsel to confer and make a good faith effort to settle the case.

The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court.

**SO ORDERED** at Milwaukee, Wisconsin, this 11th day of March, 2020.

                s/Lynn Adelman
                LYNN ADELMAN
                District Judge