UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KEITH R. REINHARD and
STACY REINHARD,
  Plaintiffs,

AMERISURE INSURANCE COMPANY
and DEAN HEALTH PLAN,
  Involuntary Plaintiffs,

 v.             Case No. 19-CV-1732

JPW INDUSTRIES INC.,
USA BEARINGS & BELTS,
QUALITY BEARINGS BELTS & CHAIN,
ABC INSURANCE CORPORATION,
DEF CORPORATION, and
GHI INSURANCE CORPORATION,
  Defendants.

---

## ORDER

**IT IS ORDERED** that a telephonic status conference will be held on **November 12, 2020 at 11:45 a.m.** The court will initiate the call. Counsel must email the court prior to the call at AdelmanPO@wied.uscourts.gov to provide contact information.

Dated at Milwaukee, Wisconsin, this 3rd day November, 2020.

             s/Lynn Adelman
             LYNN ADELMAN
             District Judge