UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KEITH R REINHARD and
STACY REINHARD,
        Plaintiffs,
   v.                                                Case No. 19-cv-1732

JPW INDUSTRIES INC, et al.,
        Defendants.

---

## ORDER

**IT IS ORDERED** that a telephonic status conference will be held on **April 13, 2023 at 9:45 a.m.** The court will initiate the call. Counsel must email the court prior to the call at AdelmanPO@wied.uscourts.gov to provide contact information.

Dated at Milwaukee, Wisconsin, this 17th day of March, 2023.

                                          /s/Lynn Adelman
                                          LYNN ADELMAN
                                          District Judge